STATE, STEPHEN B. RANSOM, PLAINTIFF IN ERROR, v.
DANIEL BLACK, DEFENDANT IN ERROR.*

On error to the Supreme Court. The opinions of the Supreme Court are reported in 25 *Vroom* 446.

For the plaintiff in error, *Stephen B. Ransom, pro se.*

For the defendant in error, *Thomas J. Kennedy.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given in the opinion of Mr. Justice Dixon. 25 *Vroom* 459.

*For affirmance on opinion of Dixon, J.*—McGILL (CHANCELLOR), BEASLEY (CHIEF JUSTICE), ABBETT, BROWN, CLEMENT, PHELPS, SMITH. 7.

*For affirmance on opinion of Reed, J.*—DEPUE, MAGIE, VAN SYCKEL, BOGERT, KRUEGER. 5.

---

* The writ of error in this case was argued at the June Term, 1893, and then decided, but no opinion or memorandum was filed and judgment in accordance with the decision of the court was not entered by counsel. The result reached being a matter of public importance, the court has ordered the judgment to be entered in accordance with the vote of the court, and the decision to be printed in the reports.—REP.